HARRY RAYMOND et al., Copartners under the Name of RAYMOND, PYNCHON & Co., Appellants, *v.* HARTFORD FIRE INSURANCE COMPANY, Respondent.

*Insurance — construction of alleged contract of insurance covering " shore risk " on horses to be shipped.*

*Raymond* v. *Hartford Fire Ins. Co.*, 188 App. Div. 881, affirmed.

(Argued November 19, 1920; decided December 7, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1919, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover upon an alleged contract of insurance. The question at issue was whether a contract of provisional insurance as evidenced by a cover note included only a specified number of horses or included all horses to be shipped under a certain contract.

*Arnold L. Davis* for appellants.

*D. Roger Englar* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.